United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Adrian Ortiz  
Heather Ortiz  
    Debtors

Case No. 19-13660-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: BarbaraS     Page 1 of 2        Date Rcvd: Aug 12, 2019
                  Form ID: 152    Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2019.
```
db/jdb         +Adrian Ortiz,    Heather Ortiz,    1548 Luzerne St,    Bethlehem, PA 18017-6223
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14337777       +Cnac - PA 101,    110 N Courtland St,    East Stroudsburg, PA 18301-2104
14337779       +Financial Recoveries,    Attn: Bankruptcy,    200 East Park Dr  Ste 100,
                 Mount Lurel, NJ 08054-1297
14337781       +First Federal Credit Control,    Attn: Bankruptcy,    24700 Chagrin Blvd, Ste 205,
                 Cleveland, OH 44122-5662
14337782       +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
14363359       +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
14337784       +I C System Inc,    Attn: Bankruptcy,    Po Box 64378,    St Paul, MN 55164-0378
14337887       +Juan Turull,    139 North 5th Street,    Apt. 2,    Allentown, PA 18102-4169
14337785       +Kia Motors Finance,    Attn: Bankruptcy,    Po Box 20825,    Fountain Valley, CA 92728-0825
14353748       +PEOPLE FIRST CU,    RA Rogers Inc,    Po Box 3302,    Crofton, MD 21114-0302
14337787      ++PEOPLE FIRST FEDERAL CREDIT UNION,    2141 DOWNYFLAKE LN,    ALLENTOWN PA 18103-4799
                 (address filed with court: People First Fed C,     2141 Downyflake Ln,    Allentown, PA 18103)
14337786       +People 1st Fcu,    2141 Downyflake Lane,    Allentown, PA 18103-4937
14340762       +Quicken Loans Inc.,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14340583       +Quicken Loans, Inc. c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
14337885       +Sheriff of Northampton County, PA,    Northampton County Government Ctr.,
                 669 Washington Street,    Easton, PA 18042-7490
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 13 2019 03:41:49
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 13 2019 03:42:36     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14337772       +E-mail/Text: bnc-capio@quantum3group.com Aug 13 2019 03:42:13     Capio Partners Llc,
                 Attn: Bankruptcy,    Po Box 3498,    Sherman, TX 75091-3498
14337776       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 13 2019 03:56:44     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14359370        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 13 2019 03:42:29     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14338513        E-mail/Text: bnc-quantum@quantum3group.com Aug 13 2019 03:41:41
                 Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
                 Kirkland, WA  98083-0788
14346302        E-mail/Text: bnc-quantum@quantum3group.com Aug 13 2019 03:41:41
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
14337788       +E-mail/Text: bankruptcyteam@quickenloans.com Aug 13 2019 03:42:35     Quicken Loans,
                 Attn: Bankruptcy,    1050 Woodward Avenue,    Detroit, MI 48226-1906
14360463       +E-mail/Text: bankruptcyteam@quickenloans.com Aug 13 2019 03:42:35     Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
14353747       +E-mail/Text: bankruptcy@rarogersinc.com Aug 13 2019 03:43:10     RA Rogers INC,    PO BOX 3302,
                 Crofton, MD 21114-0302
14337789        E-mail/Text: colleen.atkinson@rmscollect.com Aug 13 2019 03:43:12     Receivable Management Inc,
                 7206 Hull Rd,    Ste 211,    Richmond, VA 23235
                                                                                              TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14337773*      +Capio Partners Llc,    Attn: Bankruptcy,    Po Box 3498,    Sherman, TX 75091-3498
14337774*      +Capio Partners Llc,    Attn: Bankruptcy,    Po Box 3498,    Sherman, TX 75091-3498
14337775*      +Capio Partners Llc,    Attn: Bankruptcy,    Po Box 3498,    Sherman, TX 75091-3498
14337778*      +Cnac - PA 101,    110 N Courtland St,    East Stroudsburg, PA 18301-2104
14337780*      +Financial Recoveries,    Attn: Bankruptcy,    200 East Park Dr  Ste 100,
                 Mount Lurel, NJ 08054-1297
14337783*      +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
                                                                                   TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4          User: BarbaraS              Page 2 of 2                  Date Rcvd: Aug 12, 2019
                              Form ID: 152                Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              MICHAEL J. MCCRYSTAL     on behalf of Joint Debtor Heather   Ortiz mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              MICHAEL J. MCCRYSTAL     on behalf of Debtor Adrian   Ortiz mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Adrian Ortiz and Heather Ortiz
    Debtor(s)

Case No: 19−13660−elf
Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 10/10/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court

13
Form 152