# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **Adrian Ortiz, Heather Ortiz**, Debtor(s)

Case No. **19-13660**
Chapter **13**

# PROOF OF SERVICE BY MAIL

I, ___, declare that I am a resident of or employed in the County of ___, State of ___. My address is ___. I am over the age of eighteen years of age and am not a party to this case.

On **August 16, 2019**, I served the Notice of Motion to ___ on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at ___ addressed as follows:

Aarons Rental
attn.: Alexandria Wilson
PO Box 100039
Atlanta, GA 30339

Juan Turell
139 North 5th Street
Allentown, PA 18102

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **August 16, 2019**.

_[signature]_
Signature