Michael J. McCrystal, Esquire
151 Main Street, STE. A
Emmaus, PA 18049
(610) 262-7873

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| ADRAIN ORTIZ and HEATHER ORTIZ<br><br>Debtor. | CASE NO. 19-13660<br><br>Chapter 13 |

## *NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE*

Michael J. McCrystal, Attorney for the Movant, has filed an Motion to Avoid the Judicial Lien of Juan Turull.

***Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (if you do not have an attorney, you may wish to consult an attorney.)***

1. If you do not want the Court to grant the relief sought in this motion or if you want the Court to consider your views on this Motion, then on or before September 4, 2019, you or your attorney must do ***all*** of the following
    (A)   file an answer explaining your position at:

    Clerk, United States Bankruptcy Court for
    The Eastern District of Pennsylvania
    400 Washington Street, Third Floor
    The Madison Building
    Reading, PA 19601

If you mail your answer to the Clerk's Office for filing, you must mail early enough so that it will be received on or before the date stated above

(B)  Mail a copy to the Movant's Attorney:

   Michael J. McCrystal, Esquire
   151 Main Street, STE A
   Emmaus, PA 18049
   (610) 262-7873
   (610) 262-2219 (facsimile)

(C)  Mail a copy to :

   Office of the United States Trustee    Scott Waterman, Esquire
   833 Chestnut Street                    2901 St. Lawrence Avenue
   Suite 500                              PO Box 4010
   Philadelphia, PA 19107                 Reading, PA 19606

2. If you or your attorney do not take the steps described in 1(A) and 1(B) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled before the Honorable Eric L. Frank on September 12, 2019 at 11:00 AM in Courtroom number 1, United States Bankruptcy Court for the Eastern District of Pennsylvania, 400 Washington Street, The Madison Building, Reading, PA 19606-4010

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you, if you request a copy from the attorney named in paragraph 1(B).

5. You may contact the Bankruptcy Court Clerk's Office at 610 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Respectfully submitted,

/s/ Michael J. McCrystal
Michael J. McCrystal, Esquire