# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   **Adrian Ortiz**
       **Heather Ortiz**

Debtor(s)

Case No.   **19-13660**

Chapter   **13**

## PROOF OF SERVICE BY MAIL

I, **Michael J. McCrystal, Esquire,** declare that I am a resident of or employed in the County of **Lehigh**, Commonwealth of **Pennsylvania**. My address is **151 Main Street, Suie A, Emmaus, PA 18049**. I am over the age of eighteen years of age and am not a party to this case.

On **August 19, 2019**, I served the Notice and Motion to **Avoid Judicial Lien** on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail addressed:

**Juan Turell
139 North 5th Street
Allentown, PA 18102
Juan Turull
139 North 5th Street
Apt. 2
Allentown, PA 18102**

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **August 19, 2019**.

_____
Signature