| | | |
|---|---|---|
| IN RE: Adrain Ortiz and | : | IN THE UNITED STATES |
| Heather Ortiz | : | BANKRUPTCY COURT FOR |
| Debtors. | : | THE EASTERN DISTRICT OF |
| | : | PENNSYLVANIA |
| | : | |
| | : | CASE NO. 19-13660-elf |
| | : | |

### CERTIFICATE OF NON-RESPONSE

I, Michael J. McCrystal, Esquire, hereby certify that as of this date, I have received no answer, objection or other responsive pleading to Motion to Avoid the Judicial Lien of Juan Turall. The undersigned further certifies that he has reviewed the Court's Docket in this case and that no Answer, Objection or other responsive pleading appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than September 4, 2019.

It is hereby respectfully requested that the Order attached to the Motion to Avoid Judicial Lien be entered at the earliest convenience.

Dated: September 11, 2019

Respectfully submitted,
/S/Michael J. McCrystal

_____
Michael J. McCrystal, Esquire
2355 Old Post Road, STE 4
Coplay, PA 18037
(610) 262-7873
Attorney for the Debtor