| | | |
|---|---|---|
| IN RE: Adrian Ortiz | : | IN THE UNITED STATES |
| And Heather Ortiz | : | BANKRUPTCY COURT FOR THE |
| Debtors | : | EASTERN DISTRICT OF |
| | : | PENNSYLVANIA |
| | : | |
| | : | CASE NO. 4:19-bk-13660 |
| Adrian Ortiz and | : | Chapter 13 |
| Heather Ortiz | : | |
| Movant | : | |
| Vs. | : | |
| Juan Turull | : | |
| Respondent | : | |

# ORDER

AND NOW, this 13th day of September, 2019, upon the Motion of the Debtor to avoid an alleged judicial lien docketed at the Court of Common Pleas for Northampton County to case number C48-CV-2019-2918 in real and/or personal property located at 1548 Luzerne Street, Bethlehem, PA 18017 and upon a Writ of Execution against the debtors' personalty at that address and upon Debtors having asserted the alleged lien is subject to avoidance pursuant to 11 U.S.C. §522(f)(1), and upon Debtor having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed.

IT IS HEREBY **ORDERED** that the motion is granted by default and the above judicial liens on the Debtors' real and personal property listed in Schedule A/B, arising by as a result of the entry of the judgment and the writ of execution are **AVOIDED**.

IT IS FURTHERED **ORDERED**, pursuant to 11 U.S.C. §349(b)(1)(B), that dismissal of this case reinstates any lien voided under 11 U.S.C. §522.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**