United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 19-13660-elf
Adrian Ortiz                                                    Chapter 13
Heather Ortiz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR          Page 1 of 1          Date Rcvd: Sep 13, 2019
                             Form ID: pdf900       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2019.
db/jdb         +Adrian Ortiz,   Heather Ortiz,   1548 Luzerne St,   Bethlehem, PA 18017-6223

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2019 at the address(es) listed below:
          KEVIN G. MCDONALD   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          MICHAEL J. MCCRYSTAL    on behalf of Joint Debtor Heather  Ortiz mccrystallaw@gmail.com,
           sueparalegal@gmail.com
          MICHAEL J. MCCRYSTAL    on behalf of Debtor Adrian  Ortiz mccrystallaw@gmail.com,
           sueparalegal@gmail.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                    TOTAL: 6

IN RE: Adrian Ortiz                    :        IN THE UNITED STATES
     And Heather Ortiz            :        BANKRUPTCY COURT FOR THE
        Debtors              :        EASTERN DISTRICT OF
                     :        PENNSYLVANIA
                     :
                     :        CASE NO. 4:19-bk-13660
Adrian Ortiz and                     :        Chapter 13
Heather Ortiz                        :
                     :
       Movant               :
                     :
Vs.                                  :
                     :
Juan Turull                          :
       Respondent           :
                     :

## ORDER

     AND NOW, this __13th__ day of September, 2019, upon the Motion of the
Debtor to avoid an alleged judicial lien docketed at the Court of Common Pleas
for Northampton County to case number C48-CV-2019-2918 in real and/or
personal property located at 1548 Luzerne Street, Bethlehem, PA 18017 and upon
a Writ of Execution against the debtors' personalty at that address and upon
Debtors having asserted the alleged lien is subject to avoidance pursuant to 11
U.S.C. §522(f)(1), and upon Debtor having certified that adequate notice of the
motion was sent to the lienholder and that no answer or other response to the
motion has been filed.

     IT IS HEREBY **ORDERED** that the motion is granted by default and the
above judicial liens on the Debtors' real and personal property listed in
Schedule A/B, arising by as a result of the entry of the judgment and the writ
of execution  are **AVOIDED**.

     IT IS FURTHERED **ORDERED**, pursuant to 11 U.S.C. §349(b)(1)(B),
that dismissal of this case reinstates any lien voided under 11 U.S.C. §522.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**