# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Adrian Ortiz<br>Heather Ortiz<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Quicken Loans Inc.<br>　　　　　　　　　Movant<br>　　　vs.<br>Adrian Ortiz<br>Heather Ortiz<br>　　　　　　　　　Debtor(s) | NO. 19-13660 ELF |
| Scott Waterman<br>　　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of Quicken Loans Inc., which was filed with the Court on or about September 18, 2019, Doc. #27.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　Phone: (215) 627-1322 Fax: (215) 627-7734
　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant

October 3, 2019