**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                            :
                                                        :
    Adrian Ortiz                              :  **CHAPTER 13**

    **Heather Ortiz**                         :
               **Debtors**          :  **NO. 19-13660-elf**

## CONSENT ORDER REGARDING DEBTORS' CLAIM

The undersigned parties/counsel agree on this date, October 7, 2019 to the following:

1.      That the Debtors have a personal injury claim ("Claim") arising from an automobile accident and they are represented by Charles Schleifer, Esquire ("Debtor's PI Counsel") in the matter.

2.      The time period for the Debtors to exempt any of the net proceeds of the Claim shall be tolled until 30 days after Debtors' Counsel provides written notice to the Trustee of any money recovered for the Claim, and the deadline for the Trustee to object to any exemptions regarding the Claim shall extended until 30 days after the aforesaid notice is provided to the Trustee.

3.      Debtors' Counsel shall make no distribution of any funds recovered regarding the Claim and the Debtors shall not receive any distribution without prior written consent of the Chapter 13 Trustee or by further Order of the Bankruptcy Court.

4.      The terms of this Consent Order shall supersede any conflicting terms of any future confirmed Chapter 13 Plan.

5.      The parties hereto request the Court enter this agreement as a Consent Order.

                              **Michael J. McCrystal, Esquire**

By: _____
                      **Bankruptcy Attorney for Debtors**

                              **Charles Schleifer, Esquire**

By: _____
                      **Personal Injury Attorney for Debtors**

**Office of Standing Chapter 13 Trustee**

By:  */s/ Scott F. Waterman*
Scott F. Waterman, Esquire
2901 St. Lawrence Ave., Ste 100
Reading, PA 19606
(610) 779-1313 (Phone)
(610) 779-3637 fax
**Chapter 13 Trustee**

**IT IS SO ORDERED:**

Dated:_____

_____
Eric L. Frank,
**United States Bankruptcy Court**

1