United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-13660-elf
Adrian Ortiz                                                          Chapter 13
Heather Ortiz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: JEGilmore          Page 1 of 1          Date Rcvd: Oct 15, 2019
                             Form ID: pdf900          Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2019.
db/jdb        +Adrian Ortiz,   Heather Ortiz,   1548 Luzerne St,   Bethlehem, PA 18017-6223
smg           +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg           +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 16 2019 04:12:57
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 16 2019 04:13:08    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                         TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              MICHAEL J. MCCRYSTAL    on behalf of Debtor  Adrian  Ortiz mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com,  ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :
                                          :
    Adrian Ortiz                          :  CHAPTER 13

    Heather Ortiz                         :
                        Debtors           :  NO. 19-13660-elf

### CONSENT ORDER REGARDING DEBTORS' CLAIM

The undersigned parties/counsel agree on this date, October 7, 2019 to the following:

1.      That the Debtors have a personal injury claim ("Claim") arising from an automobile accident and they are represented by Charles Schleifer, Esquire ("Debtor's PI Counsel") in the matter.

2.      The time period for the Debtors to exempt any of the net proceeds of the Claim shall be tolled until 30 days after Debtors' Counsel provides written notice to the Trustee of any money recovered for the Claim, and the deadline for the Trustee to object to any exemptions regarding the Claim shall extended until 30 days after the aforesaid notice is provided to the Trustee.

3.      Debtors' Counsel shall make no distribution of any funds recovered regarding the Claim and the Debtors shall not receive any distribution without prior written consent of the Chapter 13 Trustee or by further Order of the Bankruptcy Court.

4.      The terms of this Consent Order shall supersede any conflicting terms of any future confirmed Chapter 13 Plan.

5.      The parties hereto request the Court enter this agreement as a Consent Order.

                                    Michael J. McCrystal, Esquire

                        By:         _____
                                    Bankruptcy Attorney for Debtors

                                    Charles Schleifer, Esquire

                        By:         _____
                                    Personal Injury Attorney for Debtors

Office of Standing Chapter 13 Trustee

By:     */s/ Scott F. Waterman*
        Scott F. Waterman, Esquire
        2901 St. Lawrence Ave., Ste 100
        Reading, PA 19606
        (610) 779-1313 (Phone)
        (610) 779-3637 fax
        **Chapter 13 Trustee**

IT IS SO ORDERED:

Dated: _10/11/19_

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**