UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    ADRIAN ORTIZ<br>    HEATHER ORTIZ<br><br>                Debtors | Chapter 13<br>Bankruptcy No.19-13660-ELF |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 14th day of November, 2019, by first class mail upon those listed below:

ADRIAN ORTIZ
HEATHER ORTIZ
1548 LUZERNE ST
BETHLEHEM, PA  18017

**Electronically via CM/ECF System Only:**

McCRYSTAL LAW OFFICES
MICHAEL J McCRYSTAL ESQ
151 MAIN STREET SUITE A
EMMAUS, PA  18049

                                            */s/ Deborah A. Earnshaw*
                                            Deborah A. Earnshaw
                                            for
                                            Scott F. Waterman, Esquire
                                            Standing Chapter 13 Trustee