UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Adrian Ortiz and | : | |
| Heather Ortiz | : | |
| Debtor | : | |
| | : | Docket No. 19-13660-jkf |
| | : | |
| Quicken Loans Inc. | : | Chapter 13 |
| Movant | : | |
| Vs. | : | |
| | : | |
| Adrian Ortiz and | : | |
| Heather Ortiz | : | |
| Respondent | : | |
| And | : | |
| Scott Waterman, Esquire | : | |
| Additional Respondent | : | |
| | : | |

### *RESPONSE TO MOTION FOR RELIEF FROM STAY*

AND NOW, comes the Respondent, Adrian and Heather Ortiz, by and through their undersigned counsel, Michael J. McCrystal, Esquire and avers:

1. Admitted.

2. Admitted.

3. After reasonable investigation the answering respondent cannot admit or deny the truth or falsity of this averment and the same is deemed to be denied.

4. Admitted.

5. After reasonable investigation, the answering respondent cannot admit or deny the truth or falsity of this averment and the same is deemed to be denied.

6. Denied, this averment is strictly denied and it is averred to the contrary.

7. After reasonable investigation, the answering respondent cannot admit or deny the truth or falsity of this averment and the same is deemed to be denied.

8. Denied, this averment is specifically denied and it is averred to the contrary. By way of further answer, debtor alleges that it has made or will make each and every payment due under the Mortgage and the Note since the filing of the bankruptcy case.

9. After reasonable investigation, the answering respondent cannot admit or deny the truth or falsity of this averment and the same is deemed to be denied. See answer to averment no. 8.

10. Denied as a conclusion of law to which no responsive pleading is required under the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Respondent prays this Honorable Court to deny the Motion for Relief from the Automatic Stay and for such other and further relief as this Honorable Court will deem just and equitable.

Respectfully submitted,

/s/ Michael J. McCrystal

_____

Michael J. McCrystal, Esquire

Supreme Court ID No. 55064

151 Main Street, STE A

Emmaus, PA 18049

610 262-7873