**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Adrian Ortiz,** | : | Chapter 13 |
| | : | |
| **Debtor** | : | Bky. No. 19-13660 PMM |

# O R D E R

      **AND NOW,** upon consideration of the Motion to Voluntarily Dismiss the Debtor's Chapter 13 Bankruptcy Case (doc. no. 50);

      **AND** this case having been filed on June 5, 2019;

      **AND** the case having not been previously converted;

      **AND**, therefore, pursuant to 11 U.S.C. §1307(b), this bankruptcy case is hereby **dismissed**.

Date:  May 27, 2020

                                                           *Patricia M. Mayer*
                                                      PATRICIA M. MAYER
                                                      U.S. BANKRUPTCY JUDGE