United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-13660-pmm
Adrian Ortiz                                                              Chapter 13
Heather Ortiz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: JEGilmore            Page 1 of 2            Date Rcvd: May 27, 2020
                             Form ID: pdf900            Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2020.
```
db/jdb         +Adrian Ortiz,    Heather Ortiz,    1548 Luzerne St,    Bethlehem, PA 18017-6223
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Oliphant Usa, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                 Tucson, AZ 85712-1083
14337777       +Cnac - PA 101,    110 N Courtland St,    East Stroudsburg, PA 18301-2104
14337779       +Financial Recoveries,    Attn: Bankruptcy,    200 East Park Dr Ste 100,
                 Mount Lurel, NJ 08054-1297
14337781       +First Federal Credit Control,    Attn: Bankruptcy,    24700 Chagrin Blvd, Ste 205,
                 Cleveland, OH 44122-5662
14337782       +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
14373725       +Haggerty, Goldsmith, Schleifer & Kupersmith,    attn.: Charles Schleifer, Esquire,
                 1835 Market Street,    Philadelphia, PA 19103-2929
14363359       +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
14337784       +I C System Inc,    Attn: Bankruptcy,    Po Box 64378,    St Paul, MN 55164-0378
14373723       +Juan Turall,    139 North 5th Street,    Allentown, PA 18102-4169
14337887       +Juan Turull,    139 North 5th Street,    Apt. 2,    Allentown, PA 18102-4169
14337785       +Kia Motors Finance,    Attn: Bankruptcy,    Po Box 20825,    Fountain Valley, CA 92728-0825
14503722       +Michael J. McCrystal, Esquire,    151 Main Street,    Suite A,    Emmaus, PA 18049-4026
14502713       +Oliphant USA, LLC,    c/o Patti H. Bass, Esquire,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
14353748       +PEOPLE FIRST CU,    RA Rogers Inc,    Po Box 3302,    Crofton, MD 21114-0302
14337787      ++PEOPLE FIRST FEDERAL CREDIT UNION,    2141 DOWNYFLAKE LN,    ALLENTOWN PA 18103-4799
                (address filed with court: People First Fed C,     2141 Downyflake Ln,    Allentown, PA 18103)
14337786       +People 1st Fcu,    2141 Downyflake Lane,    Allentown, PA 18103-4937
14340762       +Quicken Loans Inc.,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14340583       +Quicken Loans, Inc. c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
14337885       +Sheriff of Northampton County, PA,    Northampton County Government Ctr.,
                 669 Washington Street,    Easton, PA 18042-7490
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 28 2020 04:42:17
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 28 2020 04:42:39     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14373724        E-mail/Text: Bankruptcy@Aarons.com May 28 2020 04:41:59      Aaron's Rental,
                 attn.: Alexandria Wilson,    PO Box 100039,    Atlanta, GA 30339
14337772       +E-mail/Text: bnc-capio@quantum3group.com May 28 2020 04:42:33     Capio Partners Llc,
                 Attn: Bankruptcy,    Po Box 3498,    Sherman, TX 75091-3498
14337776       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 28 2020 04:47:54     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14359370       +E-mail/Text: JCAP_BNC_Notices@jcap.com May 28 2020 04:42:37     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14338513        E-mail/Text: bnc-quantum@quantum3group.com May 28 2020 04:42:13
                 Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
                 Kirkland, WA  98083-0788
14346302        E-mail/Text: bnc-quantum@quantum3group.com May 28 2020 04:42:13
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
14337788       +E-mail/Text: bankruptcyteam@quickenloans.com May 28 2020 04:42:38     Quicken Loans,
                 Attn: Bankruptcy,    1050 Woodward Avenue,    Detroit, MI 48226-1906
14360463       +E-mail/Text: bankruptcyteam@quickenloans.com May 28 2020 04:42:38     Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
14353747       +E-mail/Text: bankruptcy@rarogersinc.com May 28 2020 04:43:06     RA Rogers INC,    PO BOX 3302,
                 Crofton, MD 21114-0302
14337789        E-mail/Text: colleen.atkinson@rmscollect.com May 28 2020 04:43:07     Receivable Management Inc,
                 7206 Hull Rd,   Ste 211,    Richmond, VA 23235
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14337773*      +Capio Partners Llc,    Attn: Bankruptcy,    Po Box 3498,    Sherman, TX 75091-3498
14337774*      +Capio Partners Llc,    Attn: Bankruptcy,    Po Box 3498,    Sherman, TX 75091-3498
14337775*      +Capio Partners Llc,    Attn: Bankruptcy,    Po Box 3498,    Sherman, TX 75091-3498
14337778*      +Cnac - PA 101,    110 N Courtland St,    East Stroudsburg, PA 18301-2104
14337780*      +Financial Recoveries,    Attn: Bankruptcy,    200 East Park Dr Ste 100,
                 Mount Lurel, NJ 08054-1297
14337783*      +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
```

```
District/off: 0313-4          User: JEGilmore              Page 2 of 2                  Date Rcvd: May 27, 2020
                              Form ID: pdf900              Total Noticed: 37
```

          ***** BYPASSED RECIPIENTS (continued) *****
                                                                                          TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 27, 2020 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              MICHAEL J. MCCRYSTAL    on behalf of Joint Debtor Heather    Ortiz mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              MICHAEL J. MCCRYSTAL    on behalf of Debtor Adrian    Ortiz mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              ROLANDO    RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Adrian Ortiz,** | : | **Chapter 13** |
| | : | |
| **Debtor** | : | **Bky. No. 19-13660 PMM** |

# O R D E R

**AND NOW,** upon consideration of the Motion to Voluntarily Dismiss the Debtor's Chapter 13 Bankruptcy Case (doc. no. 50);

**AND** this case having been filed on June 5, 2019;

**AND** the case having not been previously converted;

**AND**, therefore, pursuant to 11 U.S.C. §1307(b), this bankruptcy case is hereby **dismissed**.

Date:   May 27, 2020

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE