| | | |
|---|---|---|
| IN RE:  Adrian Ortiz and | : | IN THE UNITED STATES |
| Heather Ortiz | : | BANKRUPTCY COURT FOR |
| Debtors. | : | THE EASTERN DISTRICT OF |
| | : | PENNSYLVANIA |
| | : | |
| | : | CASE No. 19-13660-PMM |

CERTIFICATE OF NON-RESPONSE

    I, Michael J. McCrystal, Esquire, hereby certify that as of this date, I have received no answer, objection or other responsive pleading to Motion for Professional Compensation. The undersigned further certifies that he has reviewed the Court's Docket in this case and that no Answer, Objection or other responsive pleading appears thereon.   Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than June 9, 2020.

    It is hereby respectfully requested that the Order attached to the Motion for Professional Compensation be entered at the earliest convenience.

Dated: June 11, 2020

    Respectfully submitted,
    /S/Michael J. McCrystal

    _____
    Michael J. McCrystal, Esquire
    151 Main Street, STE A
    Emmaus, PA 18049
    (610) 262-7873
    Attorney for the Debtor