UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Adrian Ortiz,** | : | Chapter 13 |
| **Debtor** | : | Bky. No. 19-13660 PMM |

## O R D E R

**AND NOW**, upon consideration of the Application for Compensation (doc. no. 49) filed by the Debtor's counsel, Michael J. McCrystal ("the Applicant"), and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is allowed in favor of the Applicant in the amount of $4,150.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation less $1,550.00 which was paid by the Debtor prepetition, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. Cause exists within the meaning of 11 U.S.C. §349(b)(3) and the Trustee is directed to distribute the funds in his possession derived from the pre-confirmation chapter 13 plan payments of the Debtor(s) to pay the allowed compensation.

*Patricia M. Mayer*

**Date:** June 12, 2020

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**